## Brown Estate.

Argued January 14, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

reargument refused November 9, 1971.

614

■■■■■■■■■■■

*Joseph R. Rygiel,* with him *Ralph K. Barclay, Jr., Ira B. Coldren, Jr.,* and *Coldren & Adams,* for appellants.

*Daniel G. Reilly,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed. Each party to bear own costs.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.